## IN THE UNITED STATES BANKRU PTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Constantin Kari | ) | Bankruptcy No. 19 B 11032 |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | Judge Janet S. Baer |
| | ) | DuPage County |

## RESPONSE TO TRUSTEE'S MOTION TO COMPEL DEBTOR
## TO TURN OVER PROPERTY OF THE ESTATE TO THE TRUSTEE

NOW COMES the Debtor, Constantin Kari, by and through his attorneys, David P. Lloyd, Ltd, and, in response to the Trustee's Motion to Compel Debtor to Turnover Property of the Estate to the Trustee, states as follows:

Debtor is not in possession of the 2014 Infiniti QX80 with a VIN ending in #4228. The vehicle was sold to a third-party purchaser prior to the filing of this case and the vehicle is not in the Debtor's possession or under his control.

WHEREFORE the debtor prays that the Motion to Compel Debtor to Turnover Property of the Estate to the Trustee be denied.

                                                    Respectfully submitted,
                                                    Constantin Kari

                                                    By:   /s/David P. Lloyd
                                                          One of his attorneys

David P. Lloyd
David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265