# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Constantin Kari, | ) | Bankruptcy No. 19 B 11032 |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | Judge Janet S. Baer |
| | ) | Kane County Courtroom 240 |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **September 20, 2019** at the hour of 11.00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the honorable Janet S. Baer of the United States Bankruptcy Court for the Northern District of Illinois, or any other judge sitting in her place and stead at the Kane County Courthouse, 100 S. Third Street, Geneva, Illinois, Room 240 and shall then and there present the attached **Motion for Substitution of Attorneys**, a copy of which is hereby served upon you. You may appear if you so choose.

> David P. Lloyd
> 615B S. LaGrange Rd.
> LaGrange IL  60525
> 708-937-1264
> Fax: 708-937-1265

## CERTIFICATE OF SERVICE

    I, David P. Lloyd, an attorney, certify that I caused a copy of the foregoing Notice and Motion to be served on the parties listed on the attached service list by electronic notice where indicated or by first class mail by depositing with the United States Postal Service, LaGrange, Illinois, postage prepaid, prior to 5:00 P.M., this 17th day of September, 2019.

>     /s/ David P. Lloyd
>     David P. Lloyd

# Mailing Information for Case 19-11032

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **John A Haderlein**   schmada@yahoo.com
- **Frank J Kokoszka**   trustee@k-jlaw.com, fkokoszka@ecf.axosfs.com
- **Frank J Kokoszka**   fkokoszka@k-jlaw.com, admin@k-jlaw.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Umair Malik**   amps@manleydeas.com
- **Steven S. Potts**   otispott@comcast.net
- **Jeffrey Snell**   jeffrey.snell@usdoj.gov

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| Constantin Kari, ) | Bankruptcy No. 19 B 11032 |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | Judge Janet S. Baer |
| ) | Kane County Courtroom 240 |

## MOTION FOR SUBSTITUTION OF ATTORNEYS

NOW COMES the Debtor, Constantin Kari, by and through his attorney, David P. Lloyd, and moves this honorable Court for leave to substitute attorneys for the Debtor, and in support thereof states as follows:

1. Debtor commenced this case on April 16, 2019, by filing a voluntary petition for relief under Chapter 7.

2. Debtor has retained David P. Lloyd of the firm of David P. Lloyd, Ltd., as his counsel in this proceeding, and has elected to have Mr. Lloyd as his sole counsel in this proceeding.

3. The Debtor, Constantin Kari, and Debtor's original counsel, John A Haderlein, have agreed to the substitution by David P. Lloyd as counsel for Debtor and have so indicated by signing one or more copies of this Motion.

WHEREFORE the Debtor, Constantin Kari, seeks approval of the substitution of David P. Lloyd and David P. Lloyd, Ltd., for John A. Haderlein, as his counsel in this Chapter 7 proceeding.

Respectfully submitted,
Constantin Kari


By:___/s/ David P. Lloyd_____
His attorney

The Debtor, Constantin Kari, hereby agrees to the substitution by David P. Lloyd and the firm of David P. Lloyd, Ltd., for John A. Haderlein as his counsel in this bankruptcy proceeding.

_____
Constantin Kari


John A. Haderlein, counsel for Debtor, hereby agrees to the substitution by David P. Lloyd and the firm of David P. Lloyd, Ltd., for John A. Haderlein as Defendant's counsel in this Chapter 7 proceeding.

_____
John A. Haderlein


David P. Lloyd
David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL 60525
708-937-1264
Fax: 708-937-1265